PETER OHLSON ET AL. *v.* ROBERT W. DURFREY.

1. MANDAMUS.    *Distinct rights.    Joint petition.*

   Two or more distinct rights cannot be joined in a petition for mandamus to enforce them.

2. WITNESS.    *Right to certificates.*

   The rights of two or more witnesses in the same case to have certificates of their attendance issued to them are distinct and not joint.

FROM the circuit court of Madison county.

HON. ROBERT POWELL, Judge.

Mandamus by Ohlson and another, appellants, against R. W. Durfrey, circuit clerk of Madison county, to compel the issuance

to relators of certificates for their attendance as witnesses in the circuit court of Madison county. The petition alleged that petitioners were duly summoned as witnesses in a certain case, named, while they were in Madison county, where the court was held, and that they afterwards attended the trial one day, and duly proved their attendance, but that the clerk, appellee Durfrey, refused to issue a certificate of such attendance, including their mileage. On the trial, defendant moved to dismiss on the ground that two distinct demands of two different persons were joined in the same petition, which motion the court sustained, and plaintiffs appealed to the supreme court.

*J. B. Chrisman,* for appellants.

*H. B. Greaves,* for appellee.

WHITFIELD, C. J., delivered the opinion of the court.

(See *Haskins* v. *Board of Supervisors,* 51 Miss., 409, and vol. 13, Enc. Pl. & Prac., p. 646.)

*Affirmed.*